FILED
2013 NOV 22  PM 4:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELVIS EDGARDO MOLINA,<br>  aka "Lil Comando," and<br>JOSE RODRIGUEZ,<br>  aka "Dreamer,"<br><br>    Defendants. | Case No. CR13-0826<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii),<br>(b)(1)(B)(viii): Distribution of<br>Methamphetamine; 18 U.S.C. § 2:<br>Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii); 18 U.S.C. § 2]

On or about September 13, 2011, in Los Angeles County, within the Central District of California, defendants ELVIS EDGARDO MOLINA, also known as ("aka") "Lil Comando," and JOSE RODRIGUEZ, aka "Dreamer," each aiding and abetting the other, knowingly and intentionally distributed at least five grams, that is, approximately 27.0 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 21, 2012, in Los Angeles County, within the Central District of California, defendant JOSE RODRIGUEZ, also known as "Dreamer," aided and abetted by a person known to the Grand Jury, knowingly and intentionally distributed at least 50 grams, that is, approximately 139.3 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/

Foreperson

ANDRÉ BIROTTE, JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent & Organized Crime Section

STEPHEN G. WOLFE
Assistant United States Attorney
Violent & Organized Crime Section