1           UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3       HONORABLE PERCY ANDERSON, JUDGE PRESIDING

4   UNITED STATES OF AMERICA,        )
                                     )
5                                    )
                                     )
6                    Plaintiff,      )
                                     )
7                                    )
                                     )
8        Vs.                         )   No. CR 13-826 PA
                                     )
9                                    )
                                     )
10  JOSE RODRIGUEZ,                  )
                                     )
11                                   )
                                     )
12                   Defendant.      )
                                     )
13  _____)

14



15



16   REPORTER'S PARTIALLY SEALED TRANSCRIPT OF STATUS CONFERENCE

17              LOS ANGELES, CALIFORNIA

18         MONDAY, MARCH 17, 2014; 11:21 A.M.

19



20



21          LEANDRA AMBER, CSR 12070, RPR
        OFFICIAL U.S. DISTRICT COURT REPORTER
22          312 NORTH SPRING STREET, # 408
            LOS ANGELES, CALIFORNIA 90012
23             www.leandraamber.com
                 (213) 894-6603
24



25

1                         **A P P E A R A N C E S**

2


3        **IN BEHALF OF THE PLAINTIFF,**
         **UNITED STATES OF AMERICA:**        U.S. DEPARTMENT OF JUSTICE
4                                             U.S. ATTORNEY'S OFFICE
                                             BY:  STEVEN WOLFE, AUSA
5                                                  SHEILA NAGARAJ, AUSA
                                             312 NORTH SPRING STREET
6                                             12TH FLOOR
                                             LOS ANGELES, CA 90012
7                                             (213) 894-2690

8

9

10

11       **IN BEHALF OF THE DEFENDANT,**
         **JOSE RODRIGUEZ:**                   LAW OFFICE OF KIA FEYZIOU
12                                            BY:  KIA FEYZJOU, ESQ.
                                             4275 MAIN STREET
13                                            RIVESIDE, CA 92501
                                             (951) 686-4818
14                                            kia@kialaw.com

15

16

17       **ALSO APPEARING:**  INDRA ZUNO, SPANISH LANGUAGE INTERPRETER
18

19

20

21

22

23

24

25

1                           **I N D E X**

2                                                        **PAGE**

3

4    **HEARING:**   STATUS CONFERENCE

```
 1        LOS ANGELES, CALIFORNIA; MONDAY, MARCH 17, 2014; 11:21 A.M.

 2                           -o0o-

 3

 4            THE CLERK:  Calling case number CR 13-826, United

 5   States of America versus Jose Rodriguez.

 6            Counsel, please state your appearances.

 7            MR. WOLFE:  Good morning, your Honor.

 8            Steven Wolfe and Sheila Nagaraj for -- on behalf of

 9   the United States.

10            MR. FEYZJOU:  Good morning, your Honor.

11            Kia Feyzjou on behalf of Mr. Rodriguez, who is

12   present in court in custody, being assisted by the certified

13   Spanish language interpreter.

14            THE COURT:  Good morning.

15            MR. FEYZJOU:  Your Honor, may I have a moment to

16   speak with my client?  Very brief --

17            THE COURT:  That's fine.

18            (An off-the-record discussion between counsel and

19            the defendant was held.)

20            MR. FEYZJOU:  Thank you, your Honor.

21            THE COURT:  Okay.  This is a status conference.

22   When are we set to go to trial on this case?

23            MR. FEYZJOU:  April 1st, your Honor.

24            THE COURT:  Okay.  So all the discovery has been

25   completed?
```

00:00:10 (line 5)
00:00:21 (line 10)
00:00:31 (line 15)
00:01:11 (line 20)
00:01:22 (line 25)

UNITED STATES DISTRICT COURT

```
 1              MR. FEYZJOU:  Yes.
 2              THE COURT:  Okay.  And the parties -- have you
 3      concluded whether or not this case will require the necessity
 4      of a trial?
 5              MR. FEYZJOU:  To answer that question, your Honor,
 6      I have worked with the Government on reaching an attempted
 7      resolution of this case.  I did speak to my client last
 8      Thursday and Friday.  I believe I'm having some conflict
 9      issues with him, and to the extent that the Court would like
10      to inquire further about that, I am free to have the Court
11      speak to him about those issues.
12              THE COURT:  Okay.  Why don't you just -- I'll put
13      you over to second call, and then we can take that up.
14              MR. FEYZJOU:  Very well.
15              THE COURT:  Okay.  Thank you.
16              (Whereupon, from 11:23 a.m. to 11:34 a.m., a break
17              was taken.)
18              THE CLERK:  Recalling case number CR 13-826 United
19      States of America versus Jose Rodriguez.
20              Counsel, please state your appearances.
21              MR. WOLFE:  Good morning, your Honor.
22              Steven Wolfe and Sheila Nagaraj for the Government
23      afternoon.
24              THE COURT:  Good morning.
25              MR. FEYZJOU:  Good morning, your Honor.
```

00:01:43
00:02:01
00:02:11
00:13:32
00:13:32



1       Kia Feyzjou on behalf of Mr. Rodriguez, who is

2  present in court in custody being assisted by the certified

3  Spanish language interpreter.

4       THE COURT:  Okay.  All right.  I'm going to -- I

00:13:49 5  believe the defense has raised some issues that there may be

6  some conflicts with the defendant's lawyer.  So I'm going to

7  ask that the Government counsel step outside for a moment

8  while we make some inquiry.

9       (Whereupon, at 11:35 a.m., Government's counsel

00:14:11 10       exited the courtroom.)

11       (The following proceedings are under seal.)

12

13

14

00:14:21 15

16

17

18

19

00:14:42 20

21

22

23

24

00:15:02 25









UNITED STATES DISTRICT COURT

















7          (Whereupon, at 11:56 a.m., the Government counsel

8          entered the courtroom.)

9          (The following was heard in open court.)

00:35:3 10          THE COURT:  I believe there's a final status

11   conference in this case on Monday the 24th at 3:00 o'clock.

12          MS. NAGARAJ:  That's correct, your Honor.

13          THE COURT:  I understand that a plea agreement was

14   extended to the defense in this case?

00:35:4 15          MS. NAGARAJ:  Yes, your Honor.

16          THE COURT:  And when do -- how much time do they

17   have to decide whether or not they want to accept it or

18   decline?

19          MS. NAGARAJ:  Well, when we spoke with Mr. Feyzjou

00:35:5 20   outside, he indicated that he would like several more days to

21   review it with his client, and the Government is amenable

22   with that.

23          THE COURT:  Okay.  Now, we have a final status

24   conference set for the 24th.  We can either leave that on, or

00:36:1 25   I can have you back in at the end of the week.  What's your

```
 1    preference?
 2            MR. FEYZJOU:  Submitted.  Whatever the Court wants.
 3            MR. WOLFE:  I believe the Government would prefer
 4    to know one way or the other a little earlier than next
 5    Monday, your Honor.  It would be better to have more than two
 6    weekends to prepare.
 7            THE COURT:  Okay.  Then why don't we have a status
 8    conference this Friday.  Do you want to do it in the morning?
 9    Do you want to do it in the afternoon?
10            MR. FEYZJOU:  Afternoon, your Honor, if that's
11    acceptable.
12            THE COURT:  Okay.
13            MS. NAGARAJ:  That's fine with the Government, your
14    Honor.
15            THE COURT:  Okay.  How is -- how is 1:30?
16            MR. FEYZJOU:  That's fine.
17            MS. NAGARAJ:  That's fine, your Honor.
18            THE COURT:  All right.  We'll have a status
19    conference at 1:30 this coming Friday.
20            All right.  I'm going to order the transcript
21    sealed of those proceedings that took place while Government
22    counsel was outside the courtroom.
23            All right.  Anything else?
24            MR. FEYZJOU:  No, your Honor.
25            MS. NAGARAJ:  No, your Honor.
```

1      MR. WOLFE:  No, your Honor.

2      THE COURT:  All right.  Thank you very much.

3      THE CLERK:  All rise.

4      (Whereupon, at 11:58 a.m. , the proceeding

5      concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        CERTIFICATE OF REPORTER

 2

 3    COUNTY OF LOS ANGELES )
                            ) ss.
 4    STATE OF CALIFORNIA   )

 5

 6    I, LEANDRA AMBER, OFFICIAL FEDERAL COURT REPORTER, REGISTERED

 7    PROFESSIONAL REPORTER, IN AND FOR THE UNITED STATES DISTRICT

 8    COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY

 9    CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES

10    CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

11    STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

12    ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS

13    IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL

14    CONFERENCE OF THE UNITED STATES.

15

16

17    DATE:  _____

18

19

20    _____/s/_____

21    LEANDRA AMBER, CSR 12070, RPR

22    FEDERAL OFFICIAL COURT REPORTER

23

24

25
```